ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FIONA B. JU, | ) CASE NO. 5:05CV1581 |
| Plaintiff, | ) |
| | ) JUDGE JOHN R. ADAMS |
| v. | ) |
| | ) <u>ORDER AND DECISION</u> |
| JAMES NICHOLSON, Secretary, | ) |
| Department of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

The within matter is set for a Case Management Conference ("CMC") on September 27, 2005. *See* Scheduling Order (Doc. 6) entered on August 18, 2005. The Court has been informed by the filing of defendant's Notice of Settlement (Doc. 11) that the above-entitled action has been settled between the parties. Accordingly,

The docket will be marked "settled and dismissed without prejudice."

Within thirty (30) days, the parties may submit a proposed Judgment Entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice, which, if approved, shall supersede this order. The Court retains jurisdiction over the settlement.

The CMC set for tomorrow at 1:30 p.m. is canceled.

IT IS SO ORDERED.

September 26, 2005      */s/ John R. Adams*
Date      John R. Adams
     U.S. District Judge