IT IS SO ORDERED.

/s/ John R. Adams
United States District Judge
9/30/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| FIONA B. JU, | ) | CIVIL ACTION NO. 5:05CV1581 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE ADAMS |
| v. | ) | |
| | ) | |
| JAMES NICHOLSON, | ) | |
| Secretary of Veterans Affairs, | ) | **STIPULATION OF DISMISSAL** |
| Defendant. | ) | |

We, the attorneys for the respective parties, do hereby stipulate to the voluntary dismissal of the captioned case with prejudice, each party to bear its own costs.

                                        GREGORY A. WHITE
                                        UNITED STATES ATTORNEY

*S. David Worhatch*                      By:_____
S. David Worhatch                        William J. Kopp
Attorney for Plaintiff                   Assistant U.S. Attorney
                                         Attorney for Defendant